**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rodrigo FIGUEROA–TREJO,**
**Defendant–Appellant.**

**Nos. 09–30080, 09–30082.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 13, 2009 *.

Filed Oct. 23, 2009.

Pamela Jackson Byerly, Assistant U.S., USSP—Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Matthew Campbell, Assistant Federal Public Defender, FPDWA—Federal Public Defender's Office (Eastern WA & ID), Spokane, WA, for Defendant–Appellant.

Before: B. FLETCHER, LEAVY, and RYMER, Circuit Judges.

## MEMORANDUM **

In these consolidated appeals, Rodrigo Figueroa–Trejo appeals from the 30–month sentence imposed following his guilty-plea conviction for being an alien in the United States after deportation, in violation of 8 U.S.C. § 1326, and the consecutive 21–month sentence imposed for violating supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Figueroa–Trejo contends that the total sentence is substantively unreasonable in light of his individual circumstances and all of the sentencing factors under 18 U.S.C. § 3553(a). In light of the totality of the circumstances, the district court did not abuse its discretion and the sentence is not substantively unreasonable. *See United States v. Carty,* 520 F.3d 984, 993, 996 (9th Cir.2008) (en banc).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.